IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

DARNELL HILL,  No C-09-5450 VRW (PR)

    Petitioner,

      v  ORDER DISMISSING PETITION FOR WRIT OF HABEAS CORPUS

R K WONG, Warden,

    Respondent.
_____/

This habeas corpus action by pro se prisoner Darnell Hill challenging the decision of the California Board of Parole Hearings denying him parole was filed on November 17, 2009. Doc #1. The court notified petitioner in writing at that time that the action was deficient because he did not pay the requisite $ 5.00 filing fee or, instead, submit a signed and completed court-approved in forma pauperis application, including a completed certificate of funds in his prison account and a copy of his prison trust account statement for the last six months. See 28 USC § 1915(a)(2). Petitioner was advised that failure to file the requested items within thirty days would result in dismissal of the action. Doc #2.

1        Over fifty days have elapsed since petitioner was notified
2   of his filing deficiency; however, he has not provided the court
3   with the requisite items, or sought an extension of time to do so.
4   The action, therefore, is DISMISSED without prejudice.
5        The clerk shall terminate all pending motions as moot and
6   close the file.

8        IT IS SO ORDERED.

**VAUGHN R WALKER**
**United States District Chief Judge**

G:\PRO-SE\VRW\HC.09\Hill-09-5450-order of dismissal-ifp.wpd