1

2

3

4

5

6

7

8          IN THE UNITED STATES DISTRICT COURT

9        FOR THE NORTHERN DISTRICT OF CALIFORNIA

10

11   DARNELL HILL,                    No C-09-5450 VRW (PR)

12              Petitioner,

13        v                          ORDER DISMISSING PETITION FOR
                                     WRIT OF HABEAS CORPUS
14   R K WONG, Warden,

15              Respondent.
                                  /
16

17

18          This habeas corpus action by pro se prisoner Darnell Hill

19   challenging the decision of the California Board of Parole Hearings

20   denying him parole was filed on November 17, 2009.  Doc #1.  The

21   court notified petitioner in writing at that time that the action

22   was deficient because he did not pay the requisite $ 5.00 filing fee

23   or, instead, submit a signed and completed court-approved in forma

24   pauperis application, including a completed certificate of funds in

25   his prison account and a copy of his prison trust account statement

26   for the last six months.  See 28 USC § 1915(a)(2).  Petitioner was

27   advised that failure to file the requested items within thirty days

28   would result in dismissal of the action.  Doc #2.

1   Over fifty days have elapsed since petitioner was notified

2 of his filing deficiency; however, he has not provided the court

3 with the requisite items, or sought an extension of time to do so.

4 The action, therefore, is DISMISSED without prejudice.

5   The clerk shall terminate all pending motions as moot and

6 close the file.

7

8   IT IS SO ORDERED.

9



10

                   _____

11             VAUGHN R WALKER
               United States District Chief Judge

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27 G:\PRO-SE\VRW\HC.09\Hill-09-5450-order of dismissal-ifp.wpd

28

**United States District Court**
For the Northern District of California

**2**